1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JOSEPH A. SALAZAR, SB# 169551
2      E-Mail: jsalazar@lbbslaw.com
   MINA I. HAMILTON, SB# 213917
3      E-Mail: Hamilton@lbbslaw.com
   2850 Gateway Oaks Drive, Suite 450
4  Sacramento, California 95833
   Telephone: 916.564.5400
5  Facsimile: 916.564.5444

6  Attorneys for Plaintiff Van Ruiten Family
   Winery, LLC
7
   William W. Palmer, Esq (SBN 146404)
8  Law Offices of William W. Palmer
   575 University Ave., Suite 100
9  Sacramento, CA 95825
   Telephone : (916) 564-4458
10 Facsimile: (916) 972-0877
   Email : WPalmer@palmercor.com
11
   Attorneys for Defendants Kevin F. Sherwood and
12 Diablo Dragon Wines, Inc.

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16

17 | VAN RUITEN FAMILY WINERY, LLC, a            | CASE NO. C-12-1692-YGR
   | California limited liability company,       |
18 |                                             | STIPULATION AND [PROPOSED]
   |              Plaintiff,                     | ORDER CONTINUING CASE
19 |                                             | MANAGEMENT CONFERENCE
   |       vs.                                   |
20 |                                             |
   | KEVIN F. SHERWOOD, an individual;           |
21 | DIABLO DRAGON WINES, INC., a                |
   | California corporation, and DOES 1 through  |
22 | 20, inclusive,                              |
   |                                             |
23 |              Defendants.                    |

24

25 ///

26 ///

27 ///

28 ///

4819-1045-7361.1

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

## STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE

WHEREAS, the Court set a date of October 29, 2012 at 2:00 p.m. for a Case Management Conference; and

WHEREAS, the parties have been engaged in meaningful settlement negotiations including the exchange of draft settlement agreements to resolve the case and now are working on the final terms;

WHEREAS, if the parties do not resolve the remaining terms within 30 days, Defendants have accepted service of the complaint and will be filing an answer or other responsive pleading within 30 days (by November 9, 2012) , and the parties will thereafter confer regarding the contents of the Joint Case Management Statement;

WHEREAS, the parties, through their counsel, in the interests of judicial economy, hereby respectfully request and stipulate to continue the case Management Conference to November 30, 2012 at 2:00, and further, that the filing of a Joint Case Management Statement be continued in accordance with said date.

**IT IS SO STIPULATED.**

Dated:  October 15, 2012                         LAW OFFICES OF WILLIAM W. PALMER

By: /s/ William W. Palmer
    WILLIAM W. PALMER, ESQ.
    Attorneys for Specially Appearing Defendants
    KEVIN F. SHERWOOD, and DIABLO
    DRAGON WINES, INC.

Dated: October 15, 2012                          LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Mina I. Hamilton
    MINA I. HAMILTON, ESQ.
    Attorneys for Plaintiff VAN RUITEN
    FAMILY WINERY, LLC

## [PROPOSED] ORDER

Based upon the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The initial Case Management Conference is continued from October 29, 2012 to December 3, 2012 ~~November 30, 2012~~ at 2:00 p.m., and the date for the filing the Joint Case Management Statement shall be continued in accordance with said date.

DATED: October 18, 2012

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge