**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR, SB# 169551
    E-Mail: jsalazar@lbbslaw.com
MINA I. HAMILTON, SB# 213917
    E-Mail: Hamilton@lbbslaw.com
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Plaintiff Van Ruiten Family
Winery, LLC

William W. Palmer, Esq (SBN 146404)
Law Offices of William W. Palmer
575 University Ave., Suite 100
Sacramento, CA 95825
Telephone : (916) 564-4458
Facsimile: (916) 972-0877
Email : WPalmer@palmercor.com

Attorneys for Defendants Kevin F. Sherwood and
Diablo Dragon Wines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN RUITEN FAMILY WINERY, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN F. SHERWOOD, an individual; DIABLO DRAGON WINES, INC., a California corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C-12-1692-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE;**<br><br>**JOINT REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

1/11/13

4822-3981-0322.1

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; JOINT REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Plaintiff, VAN RUITEN FAMILY WINERY, LLC, by and through its attorneys, notifies this Honorable Court and Defendants, pursuant to Federal Rule of Civil Procedure ("FRCP") 41(a)(1)(A)(i), that it hereby voluntarily dismisses this action without prejudice as to all defendants.  In support thereof, Plaintiff states as follows:

1.      The parties have executed a settlement agreement and in accordance therewith, Plaintiff filed on January 3, 2013, a Notice of Conditional  Settlement with Proposed Order vacating the Case Management Conference; thereafter, the Court continued to January 14, 2013 at 2:00 p.m. the initial Case Management Conference;

2.      Plaintiff now dismisses the instant action without prejudice and without a proposed order, pursuant to FRCP 41(a)(1)(A)(i), which states in pertinent part:

"(a) Voluntary Dismissal.

(1) *By the Plaintiff.*

(A)     *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i)      a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii)     a stipulation of dismissal signed by all parties who have appeared.

(B)     *Effect.* Unless the notice or stipulation states otherwise, the dismissal is without prejudice…"

3.      Defendants have not yet answered the complaint or filed a motion for summary judgment, and have no objection to the voluntary dismissal.

4.      The parties submit that as the case is now voluntarily dismissed, no Case Management conference is warranted, and jointly request that the Case Management Conference be vacated.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4822-3981-0322.1

2

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; JOINT REQUEST
TO VACATE CASE MANAGEMENT CONFERENCE

1    Dated: January 10, 2013                    LEWIS BRISBOIS BISGAARD & SMITH LLP

2

3                                               By:  /s/
                                                    MINA I. HAMILTON, ESQ.
4                                                   Attorneys for Plaintiff VAN RUITEN
                                                    FAMILY WINERY, LLC
5

6    Dated:  January 10, 2013                   LAW OFFICES OF WILLIAM W. PALMER

7

8                                               By:  /s/
                                                    WILLIAM W. PALMER, ESQ.
9                                                   Attorneys for Specially Appearing Defendants
                                                    KEVIN F. SHERWOOD, and DIABLO
10                                                  DRAGON WINES, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; JOINT REQUEST
TO VACATE CASE MANAGEMENT CONFERENCE**